UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RAJAA BOUYAGHROUMNI,

Plaintiff,

v.

FEDERAL WAY SCHOOL DISTRICT,

Defendant.

CASE NO. 2:26-cv-01158-JNW

ORDER

This matter comes before the Court on pro se Plaintiff Rajaa Bouyaghroumni's motion for an extension of time to complete service. Dkt. No. 7. She also requests service of process by the United States Marshals Service under Fed. R. Civ. P. 4(c)(3). *Id.* Bouyaghroumni is proceeding in forma pauperis ("IFP").

Bouyaghroumni requests a 90-day extension of time to complete service of process on Defendant Federal Way School District. She requests additional time to effectuate service due to health issues and housing insecurity that require her immediate attention. Dkt. No. 7 at 1–2. The Court must extend the 90-day service period upon a showing of good cause and, absent such a showing, retains broad discretion to dismiss the action or extend the period for service. Fed. R. Civ. P. 4(m).

ORDER - 1

Here, the Court finds good cause to extend the service deadline and grants Bouyaghroumni's request to extend the service deadline until October 2, 2026.

Bouyaghroumni also requests service by U.S. Marshals. Federal Rule of Civil Procedure 4(c)(3) requires the Court to order Marshals' service when requested by a plaintiff proceeding IFP under 28 U.S.C. § 1915. As the Ninth Circuit explained in *Boudette v. Barnette*, 923 F.2d 754, 757 (9th Cir. 1991), "[a]n IFP plaintiff must request that the marshal serve his complaint before the marshal will be responsible for such service." Section 1915(d) reinforces this framework by directing that "[t]he officers of the court shall issue and serve all process" in IFP cases. 28 U.S.C.§ 1915(d).

Accordingly, the Court GRANTS the motion and orders as follows:

1. The motion to extend the service deadline is GRANTED. Dkt. No. 7. The deadline to serve the complaint on Defendant is now October 2, 2026.

2. The motion for service of process by the U.S. Marshals Service is GRANTED in part. Dkt. No. 7. The Court will first attempt service through the more efficient waiver process under Rule 4(d). If Defendant fails to waive service, the Court will order Marshals' service as originally requested.

   a. Service by Clerk. The Clerk is directed to send the following to Defendant by first class mail: (a) a copy of Plaintiff's complaint, (b) a copy of this Order, (c) two copies of the notice of lawsuit and request for waiver of service of summons, (d) a waiver of service of summons, and (e) a return envelope, postage prepaid, addressed to

ORDER - 2

the Clerk's Office. The address for Federal Way School District is: 33330 8th Avenue S. Federal Way, Washington 98003.

   b. Response required. Defendant will have THIRTY (30) days to return the enclosed waiver of service of summons. A defendant who timely returns the signed waiver will have SIXTY (60) days after the date designated on the notice of lawsuit to file and serve an answer to the complaint or a motion permitted under Federal Rule of Civil Procedure 12. A defendant who fails to timely return the signed waiver will be personally served with a summons and complaint, and may be required to pay the full costs of such service. See Fed. R. Civ. P. 4(d)(2).

3. Plaintiff should consult the Representing Yourself ("Pro Se") resources available at https://www.wawd.uscourts.gov/representing-yourself-pro-se.

Dated this 23rd day of June, 2026.

Jamal N. Whitehead
United States District Judge

ORDER - 3